IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANDREW BOILEAU,<br><br>**Plaintiff,**<br><br>v.<br><br>PONCE SCHOOL OF MEDICINE,<br><br>**Defendant** | **CIVIL NO.** 12-1550 (JAG) |

**MEMORANDUM & ORDER**

GARCIA-GREGORY, D.J.

Before the Court is defendant Ponce School of Medicine's ("Defendant") motion for summary judgment in this diversity action filed under 28 U.S.C. § 1332. (Docket No. 28). This motion was referred to Magistrate Judge Velez-Rive, who issued a Report and Recommendation. (Docket No. 48). After considering Defendant's objections, and a *de novo* review of the record, the Court determines that the magistrate judge's findings are supported by the record and the law.

The Court hereby **ADOPTS** in its entirety the magistrate judge's report and recommendation for the reasons stated therein, (Docket No. 48), and, accordingly, **GRANTS** Defendant's motion for summary judgment, (Docket No. 28). Judgment shall be entered dismissing this case with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March, 2014.

<u>S/ Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
United States District Judge
